UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CAROL WILKERSON,

Plaintiff,

v.   609CV033

H&S LEE, INC. d/b/a SHONEYS, INC.

Defendant

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.[1]

This 2&day of July, 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court updates, however, the following R&R cites: *Danley v. Allen*, 540 F.3d 1298, 1306 (11th Cir. 2008), *overruled on other grounds as recognized in Randall v. Scott*, ___ F.3d ___, 2010 WL 2595585 at * 7 (11th Cir. Jun 30, 2010); *GJR Inv., Inc. v. County of Escambia, Fla.*, 132 F.3d 1359, 1369 (11th Cir. 1998), *overruled on other grounds as recognized in Randall v. Scott*, ___ F.3d ___, 2010 WL 2595585 at * 7 (11th Cir. Jun 30, 2010); *American Dental Ass'n v. Cigna Corp.*, 605 F.3d 1283, 1296 (11th Cir. 2010).